UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE ANN GUMBER,

    Plaintiff,

    v.

KEITH FAGUNDES, et al.,

    Defendants.

Case No. 21-cv-03155-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 14

On August 11, 2021, the court entered an order (1) adopting Magistrate Judge Joseph C. Spero's Report and Recommendation regarding plaintiff's motion to remove and plaintiff's motion for emergency injunction, and (2) dismissing the complaint without prejudice. In the order, the court granted plaintiff leave to amend certain claims within 30 days. That 30-day period expired on September 10, 2021. Plaintiff did not file any additional papers. Therefore, the case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: December 13, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge