UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE ANN GUMBER,

    Plaintiff,

    v.

KEITH FAGUNDES, et al.,

    Defendants.

Case No. 21-cv-03155-PJH

**JUDGMENT**

The court having dismissed this case with prejudice,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: December 13, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge